(No. 5148. April 30, 1929.)

EAST SIDE LUMBER COMPANY, a Corporation, Respondent, v. OLOF MALMGREN, Appellant.

[277 Pac. 554.]

Lewis A. Lee, for Appellant.

C. E. Crowley, for Respondent.

Alvin Denman, for Farm Credit Corporation, Assignee of Respondent.

GIVENS, J.—Counsel for respondent admit that the trial court did not have jurisdiction to enter any judgment in the matter presented to it. The judgment is therefore reversed with instructions to dismiss the proceedings involved.

Costs awarded to appellant.

Budge, C. J., Wm. E. Lee and Varian, JJ., and Brinck, D. J., concur.